1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FELIPE POLANCO DIAZ,                    Case No.  1:23-cv-00412-HBK (HC)

12                  Petitioner,              ORDER TRANSFERRING CASE TO THE
                                             NORTHERN DISTRICT OF CALIFORNIA
13          v.
                                             (Doc. No. 1)
14   WARDEN,

15                  Respondent.

16

17

18          Petitioner is proceeding on his petition for writ of habeas corpus filed pursuant to 28

19   U.S.C. § 2254.  (Doc. No. 1).  To the extent discernable, Petitioner challenges his state sentence

20   and conviction entered by the Superior Court of Santa Clara County. (*Id*. at 5-13).  Santa Clara

21   County is located within the jurisdiction and venue of the San Jose Division of the United States

22   District Court for the Northern District of California.

23          Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the

24   petitioner was convicted or where the petitioner is incarcerated.  *See* 28 U.S.C. § 2241(d);

25   *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004).  However, "[f]or the convenience of parties and

26   witnesses, in the interest of justice, a district court may transfer any civil action to any other

27   district or division where it might have been brought."  28 U.S.C. § 1404(a). Federal courts in

28   California generally hear petitions for writ of habeas corpus in the district of conviction.  *Favor v.*

1

1  *California*, No. 116-CV-01912-DAD-EPG-HC, 2017 WL 2671006, at *1 (E.D. Cal. June 21,

2  2017) (*citing Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968)).

3      Thus, the Court finds in its discretion "and in furtherance of justice" the petition should

4  be transferred to the Northern District of California.  28 U.S.C. §§ 1404(a), 2241(d).

5      **Accordingly:**

6      1.  The Clerk shall transfer this action to the United States District Court for the Northern

7  District of California, San Jose Division; and

8      2.  All future filings shall reference the new case number assigned and shall be filed at:

United States District Court
Northern District of California
San Jose Division
280 South 1st Street, Room 2112
San Jose, CA 95113

Dated:   __March 21, 2023__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2